1  RACHELE R. BYRD (SBN 190634)
   MARISA C. LIVESAY (SBN 223247)
2  BRITTANY N. DEJONG (SBN 258766)
   **WOLF HALDENSTEIN ADLER**
3   **FREEMAN & HERZ LLP**
   750 B Street, Suite 2770
4  San Diego, CA 92101
   Telephone: (619) 239-4599
5  Facsimile: (619) 234-4599
   byrd@whafh.com
6  livesay@whafh.com
   dejong@whafh.com
7
   *Attorneys for Plaintiff*
8  [Additional Counsel on Signature Page]

9                **UNITED STATES DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
10                      **OAKLAND DIVISION**

11

| | |
|---|---|
| ELAINE WANG, on behalf of herself and all others similarly situated, | Case No. 4:18-cv-06590-JSW |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| v. | |
| CORIUM INTERNATIONAL, INC., ERIC H. BJERKHOLT, BHASKAR CHAUDHURI, PH.D., RONALD EASTMAN, PHYLLIS GARDNER, M.D., IVAN GERGEL, M.D., PAUL GODDARD, PH.D., DAVID L. GREENWOOD, PETER D. STAPLE, ROBERT W. THOMAS, | JUDGE:  Hon. Jeffrey S. White<br>CTRM:   5 – 2nd Floor |
| Defendants. | |

1 In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Elaine Wang ("Plaintiff"), by counsel, hereby gives notice that she is dismissing all claims in the above-captioned matter (the "Action"), with prejudice as to herself.  Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED: November 28, 2018

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:   */s/ Rachele R. Byrd*
       RACHELE R. BYRD
Rachele R. Byrd
Marisa C. Livesay
Brittany N. DeJong
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

*Counsel for Plaintiff*

**Of Counsel**:

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
melwani@whafh.com

*Counsel for Plaintiff*

CORIUM:802195

- 1 -
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)
Case No. 4:18-cv-06590-JSW